**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| REBECCA PARSONS<br><br>Plaintiff,<br>v.<br><br>HELLAS CONDOMINIUMS, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00253-LEW |

**JOINT MOTION FOR SECOND AMENDED SCHEDULING ORDER**

Plaintiff Rebecca Parsons ("Plaintiff") and Defendants Hellas Condominiums *et al.* ("Defendants") (collectively, the "Parties"), jointly move to amend the Amended Scheduling Order, Dkt. No. 19, entered on July 23, 2026. Under the current schedule, Plaintiff's expert disclosure deadline is December 18, 2026, Defendants' expert disclosure deadline is January 19, 2027, and the deadline to complete discovery is February 18, 2027.

The Parties stipulate and agree that a 90-day extension of these deadlines is necessary to complete fact discovery, including depositions of the Parties, and any expert discovery, for several reasons. First, Plaintiff has been recently experiencing health issues that have limited her capacity to participate fully in discovery. Second, Plaintiff's counsel, Joseph Wardenski, has two multi-week trials set to begin in January that will make it very difficult to complete fact and expert discovery under the current schedule. As Plaintiff previously advised the Court, *see* Objections to Scheduling Order & Agreed Proposed Discovery Schedule, at 1, Dkt. No. 18, Mr. Wardenski is counsel for Plaintiffs in *Talbott v. United States*, No. 1:25-cv-00240-ACR (D.D.C.), for which a two-week bench trial before U.S. District Judge Ana C. Reyes is set to begin on January 4, 2027, in Washington, DC. Mr. Wardenski also represents the plaintiff in *Capasso v. Memorial Sloan*

*Kettering Cancer Center*, No. 154157/2025 (N.Y. Sup. Ct.), for which a multi-week jury trial is set to begin in New York City on January 25, 2027.

Accordingly, the Parties request that the following deadlines be modified as follows.

| **Event** | **Current Deadline** | **Requested Amended Deadline** |
|---|---|---|
| Plaintiff's expert disclosure deadline | December 18, 2026 | March 18, 2027 |
| Defendants' expert disclosure deadline | January 19, 2027 | April 19, 2027 |
| Discovery completion deadline | February 18, 2027 | May 18, 2027 |
| Summary judgment notice of intent deadline | February 25, 2027 | May 26, 2027 |
| Dispositive motion deadline | March 18, 2027 | June 16, 2027 |
| Trial readiness date | May 5, 2027 | August 3, 2027 |

The Parties do not seek a modification of their respective deadlines to exchange written settlement demands under the current Amended Scheduling Order.

For the foregoing reasons, the Parties respectfully request that the Court grant this motion and enter the attached proposed order.

DATED: November 2, 2026

/s/ Joseph J. Wardenski
Joseph J. Wardenski (pro hac vice)
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
(347) 227-2500
joe@wardenskilaw.com

Jeffrey Neil Young
SOLIDARITY LAW
9 Longmeadow Road
Cumberland Foreside, ME 04110
(207) 844-4243
jyoung@solidarity.law

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Mark C. Preiss (with consent)
Mark C. Preiss (Maine Bar No. 011279)
Jay S. Gregory
GORDON REES SCULLY
MANSUKHANI, LLP
53 Exchange Street, Suite 400
Portland, ME 04101
(857) 263-2021
mpreiss@grsm.com
jgregory@grsm.com

*Attorneys for Defendants*