**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| REBECCA PARSONS<br><br>Plaintiff,<br>v.<br><br>HELLAS CONDOMINIUMS, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-00253-LEW |

**[PROPOSED] SECOND AMENDED SCHEDULING ORDER**

Before this Court is the Parties' Joint Motion for Second Amended Scheduling Order. Having reviewed the motion, and for good cause shown, the motion is GRANTED. It is further ORDERED that the following deadlines in the Amended Scheduling Order, Dkt. No. 19, be amended as follows:

| **Event** | **Current Deadline** | **Amended Deadline** |
|---|---|---|
| Plaintiff's expert disclosure deadline | December 18, 2026 | March 18, 2027 |
| Defendants' expert disclosure deadline | January 19, 2027 | April 19, 2027 |
| Discovery completion deadline | February 18, 2027 | May 18, 2027 |
| Summary judgment notice of intent deadline | February 25, 2027 | May 26, 2027 |
| Dispositive motion deadline | March 18, 2027 | June 16, 2027 |
| Trial readiness date | May 5, 2027 | August 3, 2027 |

All other aspects of the Scheduling Order, Dkt. No. 14, as amended by the Amended Scheduling Order, Dkt. No. 19, shall remain in effect.

It is SO ORDERED.

____________________________________

DATED: _______________________